in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 63945.—Julius Wile Sons & Co., Inc. *v.* United States, protests 998347–G, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 63946.—Wine Shippers Import Corp. *v.* United States, protests 126219–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 11, 1960

No. 63947.—Robert E. Landweer & Co. and Seattle Marine & Fishing Supp. Co. et al. *v.* United States, protests 59/8910, etc. (Seattle and New Orleans).

FORD, Judge: The suits listed in schedule "A," annexed hereto and made a part hereof, contest the action of the collector of customs at the ports of Seattle, Wash., and New Orleans, La., in assessing duty on various fishing nets. The merchandise consists of two types of fishing nets, seine and purse seine nets made of manryo or marlon, and gill nets made of nylon. The nylon gill nets were assessed with duty at the rate of 25 cents per pound and 35 per centum ad valorem under the provisions of paragraph 1312 of the Tariff Act of 1930, as modified by the General Agreement on Tariffs and Trade, 82 Treas. Dec. 305, T.D. 51802, and the Torquay Protocol to the General Agreement of Tariffs and Trade, 86 Treas. Dec. 121, T.D. 52739. The purse seine nets were assessed with duty under said paragraph 1312 of the Tariff Act of 1930, as modified by the Sixth Protocol of Supplementary Concessions to the General Agreement on Tariffs and Trade, 91 Treas. Dec. 150, T.D. 54108, at the rate of 25 cents per pound and 33 per centum ad valorem or 25 cents per pound and 31½ per centum ad valorem, depending upon the date of entry.

It is the position of plaintiffs that the classification of the imported fishing nets under paragraph 1312, *supra*, is erroneous, in view of the cases of *J. M. P. R. Trading Corp., Alltransport, Inc.* v. *United States*, 43 C.C.P.A. (Customs) 1,